**Tony Anthony DAY, Plaintiff–Appellant**

v.

**MINNEHAHA COUNTY; Minnehaha County Jail; Correct Care Solutions, Defendants–Appellees.**

No. 15–1667.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 26, 2016.

Filed: Jan. 29, 2016.

Tony Anthony Day, Inez, KY, pro se.

Gary P. Thimsen, Woods & Fuller, Jeffrey L. Bratkiewicz Bangs & McCullen, Sioux Falls, SD, for Defendant–Appellee.

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Tony Day appeals after the District Court[1] granted the defendants' motions for judgment on the pleadings in Day's 42 U.S.C. § 1983 action related to medical care he received at a county jail. After de novo review, we conclude that the motions were properly granted. *See Greenman v. Jessen,* 787 F.3d 882, 887 (8th Cir.2015)

(standard of review); *see also Bd. of the Cty. Comm'rs v. Brown,* 520 U.S. 397, 403–04, 117 S.Ct. 1382, 137 L.Ed.2d 626 (1997) (discussing municipal liability under § 1983); *Owens v. Scott Cty. Jail,* 328 F.3d 1026, 1027 (8th Cir.2003) (per curiam) (noting that "county jails are not legal entities amenable to suit"); *Smith v. Insley's Inc.,* 499 F.3d 875, 880 (8th Cir.2007) (discussing liability of corporations under § 1983). We affirm the judgment.

[1]. The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.